1   ADAM BOUKA, Bar No. 322388
    abouka@littler.com
2   LITTLER MENDELSON, P.C.
    333 Bush Street
3   34th Floor
    San Francisco, California 94104
4   Telephone:   415.433.1940
    Facsimile:   415.399.8490
5
    Paul D. Ziel, Bar No. 7497 (Idaho) (Pro Hac Vice)
6   paul@murrayziel.com
    770 S. Woodruff Avenue
7   Idaho Falls, Idaho 83401
    Telephone:  208.528.4188
8   Facsimile:  208.524.2051

9   Attorneys for Defendants Glenwood Smoked
    Products, Inc., Mitch Scott, and Clark Scott.
10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15  BLEND, LLC, a California limited liability        Case No. 4:19-cv-03834-DMR
    company,
16                                                    **DEFENDANT GLENWOOD SMOKED
                  Plaintiff,                          PRODUCTS, INC.'S SUPPLEMENTAL
17                                                    RESPONSE TO PLAINTIFF
         v.                                           BLEND, LLC'S REQUESTS FOR
18                                                    PRODUCTION, SET ONE**
    GLENWOOD SMOKED PRODUCTS,
19  INC., an Idaho corporation, GLENWOOD
    SNACKS, LLC, an Idaho limited liability
20  company, MITCH SCOTT, an individual,
    CLARK SCOTT, an individual, KOLBAN
21  SCOTT, an individual, SCOTT
    ZABRISKIE, an individual, and DANIEL
22  HALLER, an individual,

23                Defendants.

24

25  PROPOUNDING PARTY:    PLAINTIFF, BLEND, LLC

26  RESPONDING PARTY:     DEFENDANT, GLENWOOD SMOKED PRODUCTS, INC.

27  SET NO.:              FIRST SUPPLEMENTAL SET ONE (1)

28

DEFENDANT GLENWOOD SMOKED PRODUCTS, INC.'S FIRST SUPPLEMENTAL
RESPONSE TO PLAINTFF BELND, LLC'S REQUEST FOR PRODUCTION, SET ONE-1

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

Defendant GLENWOOD SMOKED PRODUCTS, INC. ("Defendant") hereby answers, objects, and otherwise responds to Plaintiff's Request for Production of Documents, Set One as follows:

## DEFENDANT'S PRELIMINARY STATEMENT

Defendant has not completed its investigation relating to this action, has not completed discovery in this action, and has not completed preparation for trial. As discovery proceeds, facts, information, evidence, documents and things may be discovered that are not set forth in these responses, but which may have been responsive to Plaintiff's Request. The following responses are based on Defendant's knowledge, information and belief at this time and are complete as to Defendant's best knowledge at this time. Defendant assumes no obligation to voluntarily supplement or amend these responses to reflect information, evidence, documents or things discovered following service of these responses. Furthermore, these responses were prepared based on Defendant's good faith interpretation and understanding of the individual Requests and are subject to correction for inadvertent errors or omissions, if any. These responses are given without prejudice to subsequent revision or supplementation based upon any information, evidence and documentation that hereinafter may be discovered. Defendant reserves the right to refer to, to conduct discovery with reference to, or to offer into evidence at the time of trial, any and all facts, evidence, documents and things developed during the course of discovery and trial preparation, notwithstanding the reference to facts, evidence, documents and things in these responses.

To the extent that any Request seeks documents that are also sought by or identified pursuant to any other Request, Defendant declines to produce or identify multiple copies of such documents, and states that each document produced or identified pursuant to any Request is also produced pursuant to every other Request to which it is or may be responsive.

To the extent that any Request seeks documents that have already been produced, or which have been identified as exhibits to any depositions in this action, Defendant declines to produce or identify such documents.

To the extent that any Request seeks documents that are protected by the attorney-client privilege and/or attorney work product doctrine, or any other applicable privilege or immunity, Defendant declines to produce such documents, which would include and would not be limited to:

All documents that constitute or record correspondence or other communications between counsel for Defendant or its agents or employees and Defendant or its agents or employees regarding this action;

All documents prepared for use in this litigation including notes, memoranda, draft pleadings and correspondence prepared by, at the direction of, or for review by counsel for Defendant; and

All documents that constitute or record correspondence or other communications between Defendant and counsel for Defendant regarding this action.

## DEFENDANT'S GENERAL OBJECTIONS TO PLAINTIFF'S
## REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant objects to Plaintiff's Request in its entirety to the extent that it seeks documents that are not relevant to the subject matter of this litigation and are not reasonably calculated to lead to the discovery of admissible evidence.

Defendant objects to Plaintiff's Request in its entirety to the extent that it calls for the production of documents that are protected from disclosure by the attorney-client privilege and/or work product doctrine, and/or any other applicable privilege or immunity.

Defendant objects to Plaintiff's Request in its entirety to the extent that it is overly broad and requires Defendant to make an unreasonable and unduly burdensome investigation.

Defendant objects to Plaintiff's Request in its entirety to the extent that it seeks documents, the disclosure of which would constitute an unwarranted invasion of the affected persons' constitutional, statutory and/or common-law rights of privacy and confidentiality.

Defendant objects to this Request in its entirety to the extent that it seeks private, privileged, and confidential commercial, financial, and/or proprietary business information.

All General Objections are incorporated by reference into each Response as though set forth in full therein.

## DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S INTERROGATORIES

<u>INTERROGATORY NO 1</u>:  Identify each of YOUR current or former officers, directors, and/or employees (by name, title, and duties) who transitioned from YOUR employment to GLENWOOD SNACKS' employment.

**ANSWER TO INTERROGATORY NO. 1:**  Defendant incorporates its General Objections as though set forth fully herein. Defendant also objects to this Request on the grounds that it is vague and ambiguous as to "related to ingredient statements." Defendant further objects to this Request on the grounds that it is unduly burdensome and oppressive.  Defendant further objects to this Request on the grounds that it seeks information that is not relevant to the subject matter of this litigation and is not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request on the grounds that it seeks private, privileged, and confidential commercial, financial, and/or proprietary business information.

Subject to and without in any way waiving the foregoing objections, and to the extent it understands this Request, Defendant responds as follows:  All Employees marked "IF" are employees that transferred to Glenwood Snack. See the attached documents with Bates numbers 4596-4601.

<u>INTERROGATORY NO 16</u>:  State YOUR costs for the ingredients used to fulfill each purchase order for JERKY PRODUCTS.

**ANSWER TO INTERROGATORY NO. 16:**  Defendant incorporates its General Objections as though set forth fully herein. Defendant also objects to this Request on the grounds that it is vague and ambiguous as to "related to ingredient statements." Defendant further objects to this Request on the grounds that it is unduly burdensome and oppressive.  Defendant further objects to this Request on the grounds that it seeks information that is not relevant to the subject matter of this litigation and is not reasonably calculated to lead to the discovery of admissible evidence.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

Defendant further objects to this Request on the grounds that it seeks private, privileged, and confidential commercial, financial, and/or proprietary business information.

Subject to and without in any way waiving the foregoing objections, and to the extent it understands this Request, Defendant responds as follows:  See the attached documents with Bates numbers 4602-4610.

Dated:  January 30, 2020.

PAUL D. ZIEL
MURRAY, ZIEL, & JOHNSTON, PLLC
Attorney for Defendants

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

PROOF OF SERVICE

STATE OF IDAHO, COUNTY OF BONNEVILLE

*Blend, LLC v. Glenwood Smoked Products, Inc., et al.*
*USDC Case No. 4:19-cv-03834-DMR*

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of Bonneville, State of Idaho. My business address is 770 S. Woodruff Ave., Idaho Falls, Idaho, 83401. I am presently admitted in that State of California to practice law, under the supervision of Adam Bouka, business address, 333 Bush Street, 34th Floor, San Francisco, California 94104.

On January 30, 2020, I served true copies of the following document(s) described as:

**DEFENDANT GLENWOOD SMOKED PRODUCTS, INC.'S SUPPLEMENTAL RESPONSE TO PLAINTIFF BLEND, LLC'S REQUESTS FOR PRODUCTION, SET ONE;**

on the interested parties in this action as follows:

| | |
|---|---|
| Adam Bouka, Esq.<br>Littler Mendelson, P.C.<br>333 Bush Street, 34th Floor<br>San Francisco, CA 94104<br>Email: abouska@littler.com | Counsel for Glenwood Smoked Products, Inc., Mitch Scott and Clark Scott |
| Jeffrey D. Hosking, Esq.<br>Jason B. Shane, Esq.<br>McCaffery Hosking LLP<br>1777 Botelho Dr., Suite 360<br>Walnut Creek, CA 94596-5084<br>Email: jdh@mhfirm.law<br>Email: jbs@mhfirm.law | Counsel for Glenwood Snacks, LLC<br>Daniel Haller, Scott Zabriskie |
| Christopher Van Gundy<br>Abby H. Meyer<br>Sheppard, Mullin, Richter & Hampton, LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Email: CVanGundy@sheppardmullin.com<br>Email: ameyer@sheppardmullin.com | Counsel for Blend, LLC |

[ ]   **BY MAIL.** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the address listed in the Service List and place the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope with postage fully repaid. I am a residence in the county where the mailing occurred.

[ x ]   **BY E-MAIL OR ELECTRONIC TRANSMISSION.** I caused a copy of the document(s) to be sent from email address paul@murrayziel.com to the persons at the e-mail addresses listed in the Service List. I did not receive within a reasonable time after the transmission, any

1   electronic message other than indication that the transmission was unsuccessful.

2   I declare under penalty of perjury under the laws of the United State of America that the
foregoing is true and correct and that I am a supervised employee in the office of a member of the bar of
3   this Court at whose direction the service was made.

4   Executed on January 30, 2020 at Idaho Falls, Idaho.

5

6   _____
PAUL D. ZIEL
7   MURRAY, ZIEL, & JOHNSTON, PLLC
Attorney for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

9:47 AM
12/30/19

# Glenwood Smoked Products, Inc.
## Employee State Taxes Detail
### December 18 - 31, 2017

| Source Name | | Date |
|---|---|---|
| **Alvarado, Luis M.** | *Laborer* | |
| Alvarado, Luis M. | | 12/22/2017 |
| Alvarado, Luis M. | | 12/22/2017 |
| **Total Alvarado, Luis M.** | | |
| **Anderson, Bryce L.** | *maintenance* | |
| Anderson, Bryce L. | | 12/22/2017 |
| Anderson, Bryce L. | | 12/22/2017 |
| **Total Anderson, Bryce L.** | | |
| **Arvizu-Perez, Claudia** | *Laborer* | |
| Arvizu-Perez, Claudia | | 12/22/2017 |
| Arvizu-Perez, Claudia | | 12/22/2017 |
| **Total Arvizu-Perez, Claudia** | | |
| **Balr, Terry D** | *warehouse* | |
| Balr, Terry D | | 12/22/2017 |
| Balr, Terry D | | 12/22/2017 |
| **Total Balr, Terry D** | | |
| **Barragan-Hernandez, Maria-Cruz** | *Laborer* | |
| Barragan-Hernandez, Maria-Cruz | | 12/22/2017 |
| Barragan-Hernandez, Maria-Cruz | | 12/22/2017 |
| **Total Barragan-Hernandez, Maria-Cruz** | | |
| **Bueno, Lorena R.** | *Labora* | |
| Bueno, Lorena R. | | 12/22/2017 |
| Bueno, Lorena R. | | 12/22/2017 |
| **Total Bueno, Lorena R.** | | |
| **Carranza, Billi-Jean** | *Packaging* | |
| Carranza, Billi-Jean | | 12/22/2017 |
| Carranza, Billi-Jean | | 12/22/2017 |
| **Total Carranza, Billi-Jean** | | |
| **Carrasco-Alcantar, Maria** | *Labora* | |
| Carrasco-Alcantar, Maria | | 12/22/2017 |
| Carrasco-Alcantar, Maria | | 12/22/2017 |
| **Total Carrasco-Alcantar, Maria** | | |
| **Cervantes, Maria G.** | *Labora* | |
| Cervantes, Maria G. | | 12/22/2017 |
| Cervantes, Maria G. | | 12/22/2017 |
| **Total Cervantes, Maria G.** | | |
| **Chavez-Garcia, Angelica G.** | *Labora* | |
| Chavez-Garcia, Angelica G. | | 12/22/2017 |
| Chavez-Garcia, Angelica G. | | 12/22/2017 |
| **Total Chavez-Garcia, Angelica G.** | | |

# Glenwood Smoked Products, Inc.
## Employee State Taxes Detail
### December 18 - 31, 2017

| Source Name | | Date |
|---|---|---|
| **Chavez, Julia** | | |
| Chavez, Julia | *Packaging I.F.* | 12/22/2017 |
| Chavez, Julia | | 12/22/2017 |
| **Total Chavez, Julia** | | |
| **Conica, Elwood H** | | |
| Conica, Elwood H | *labor* | 12/22/2017 |
| Conica, Elwood H | | 12/22/2017 |
| **Total Conica, Elwood H** | | |
| **Corrales, Maria** | | |
| Corrales, Maria | *labor* | 12/22/2017 |
| Corrales, Maria | | 12/22/2017 |
| **Total Corrales, Maria** | | |
| **Cruz, Luis** | | |
| Cruz, Luis | *production* | 12/22/2017 |
| Cruz, Luis | | 12/22/2017 |
| **Total Cruz, Luis** | | |
| **Flores, Anselmo** | | |
| Flores, Anselmo | *production I.F.* | 12/22/2017 |
| Flores, Anselmo | | 12/22/2017 |
| **Total Flores, Anselmo** | | |
| **Flores, Raymundo** | | |
| Flores, Raymundo | *labor* | 12/22/2017 |
| Flores, Raymundo | | 12/22/2017 |
| **Total Flores, Raymundo** | | |
| **Garcia, Logan K.** | | |
| Garcia, Logan K. | *labor* | 12/22/2017 |
| Garcia, Logan K. | | 12/22/2017 |
| **Total Garcia, Logan K.** | | |
| **Gardner, Tonya L.** | | |
| Gardner, Tonya L. | *labor* | 12/22/2017 |
| Gardner, Tonya L. | | 12/22/2017 |
| **Total Gardner, Tonya L.** | | |
| **Gonzalez, Epitacia** | | |
| Gonzalez, Epitacia | *labor* | 12/22/2017 |
| Gonzalez, Epitacia | | 12/22/2017 |
| **Total Gonzalez, Epitacia** | | |
| **Gonzalez, Maria C.** | | |
| Gonzalez, Maria C. | *labor* | 12/22/2017 |
| Gonzalez, Maria C. | | 12/22/2017 |
| **Total Gonzalez, Maria C.** | | |

9:47 AM
12/30/19

# Glenwood Smoked Products, Inc.
## Employee State Taxes Detail
### December 18 - 31, 2017

| Source Name | | Date |
|---|---|---|
| **Salas-Mosqueda, Norma-Leticia** | | |
| Salas-Mosqueda, Norma-Leticia | *Labore* | 12/22/2017 |
| Salas-Mosqueda, Norma-Leticia | | 12/22/2017 |
| **Total Salas-Mosqueda, Norma-Leticia** | | |
| **Salazar-Osorio, Ricardo** | | |
| Salazar-Osorio, Ricardo | *Labor* | 12/22/2017 |
| Salazar-Osorio, Ricardo | | 12/22/2017 |
| **Total Salazar-Osorio, Ricardo** | | |
| **Salmeron, Bartolo** | | |
| Salmeron, Bartolo | *production manager* | 12/22/2017 |
| Salmeron, Bartolo | | 12/22/2017 |
| **Total Salmeron, Bartolo** | | |
| **Santana-Gonzalez, Nuvia S.** | | |
| Santana-Gonzalez, Nuvia S. | *Labor* | 12/22/2017 |
| Santana-Gonzalez, Nuvia S. | | 12/22/2017 |
| **Total Santana-Gonzalez, Nuvia S.** | | |
| **Scott, Kolban C** | | |
| Scott, Kolban C | *manager St. Anthony facility* | 12/22/2017 |
| Scott, Kolban C | | 12/22/2017 |
| Scott, Kolban C | | 12/22/2017 |
| Scott, Kolban C | | 12/22/2017 |
| **Total Scott, Kolban C** | | |
| **Silvas, Javier L** | | |
| Silvas, Javier L | *Labor* | 12/22/2017 |
| Silvas, Javier L | | 12/22/2017 |
| **Total Silvas, Javier L** | | |
| **Tew, Carrie L** | | |
| Tew, Carrie L | *office IF Plant* | 12/22/2017 |
| Tew, Carrie L | | 12/22/2017 |
| **Total Tew, Carrie L** | | |
| **Thomas, Jeffrey D.** | | |
| Thomas, Jeffrey D. | *Labor* | 12/22/2017 |
| Thomas, Jeffrey D. | | 12/22/2017 |
| **Total Thomas, Jeffrey D.** | | |
| **Torres-Bonilla, Maribel** | | |
| Torres-Bonilla, Maribel | *Labor* | 12/22/2017 |
| Torres-Bonilla, Maribel | | 12/22/2017 |
| **Total Torres-Bonilla, Maribel** | | |

9:47 AM
12/30/19

# Glenwood Smoked Products, Inc.
## Employee State Taxes Detail
### December 18 - 31, 2017

Page 3

| Source Name | Date |
|---|---|
| **Haro, Rosio-de-Lurdes** | |
| Haro, Rosio-de-Lurdes *Labor* | 12/22/2017 |
| Haro, Rosio-de-Lurdes | 12/22/2017 |
| **Total Haro, Rosio-de-Lurdes** | |
| | |
| **Hernandez, Leonardo** | |
| Hernandez, Leonardo *Smoke house* | 12/22/2017 |
| Hernandez, Leonardo *Super.* | 12/22/2017 |
| **Total Hernandez, Leonardo** | |
| | |
| **Jackson, Kobe D.** | |
| Jackson, Kobe D. *Labor* | 12/22/2017 |
| Jackson, Kobe D. | 12/22/2017 |
| Jackson, Kobe D. | 12/22/2017 |
| Jackson, Kobe D. | 12/22/2017 |
| Jackson, Kobe D. | 12/22/2017 |
| **Total Jackson, Kobe D.** | |
| | |
| **John, Brian L.** | |
| John, Brian L. *Labor* | 12/22/2017 |
| John, Brian L. | 12/22/2017 |
| John, Brian L. | 12/22/2017 |
| John, Brian L. | 12/22/2017 |
| John, Brian L. | 12/22/2017 |
| **Total John, Brian L.** | |
| | |
| **Jones, Nathan H.** | |
| Jones, Nathan H. *Labor* | 12/22/2017 |
| Jones, Nathan H. | 12/22/2017 |
| **Total Jones, Nathan H.** | |
| | |
| **Lopez-Arellanes, Viviana-Aurora** | |
| Lopez-Arellanes, Viviana-Aurora *Labor* | 12/22/2017 |
| Lopez-Arellanes, Viviana-Aurora | 12/22/2017 |
| **Total Lopez-Arellanes, Viviana-Aurora** | |
| | |
| **Matson, Benjamin M.** | |
| Matson, Benjamin M. *Labor* | 12/22/2017 |
| Matson, Benjamin M. | 12/22/2017 |
| **Total Matson, Benjamin M.** | |
| | |
| **McBride, Andrew M** | |
| McBride, Andrew M *Haccp / SSoP* | 12/22/2017 |
| McBride, Andrew M *super.* | 12/22/2017 |
| **Total McBride, Andrew M** | |
| | |
| **Medina, Carolina** | |
| Medina, Carolina *Labor* | 12/22/2017 |
| Medina, Carolina | 12/22/2017 |
| **Total Medina, Carolina** | |

004599

9:47 AM
12/30/19

## Glenwood Smoked Products, Inc.
### Employee State Taxes Detail
December 18 - 31, 2017

| Source Name | | Date |
|---|---|---|
| **Moreno, Antonia** | | |
| Moreno, Antonia | *Labor* | 12/22/2017 |
| Moreno, Antonia | | 12/22/2017 |
| **Total Moreno, Antonia** | | |
| | | |
| **Muir, Jade C.** | | |
| Muir, Jade C. | *Labor* | 12/22/2017 |
| Muir, Jade C. | | 12/22/2017 |
| **Total Muir, Jade C.** | | |
| | | |
| **Ontiveros-Carranza, Adelaida** | | |
| Ontiveros-Carranza, Adelaida | *Labor* | 12/22/2017 |
| Ontiveros-Carranza, Adelaida | | 12/22/2017 |
| **Total Ontiveros-Carranza, Adelaida** | | |
| | | |
| **Patino-De-Arreola, Reynalda** | | |
| Patino-De-Arreola, Reynalda | *Labor* | 12/22/2017 |
| Patino-De-Arreola, Reynalda | | 12/22/2017 |
| **Total Patino-De-Arreola, Reynalda** | | |
| | | |
| **Perez-Martinez, Adalina** | | |
| Perez-Martinez, Adalina | *Labor* | 12/22/2017 |
| Perez-Martinez, Adalina | | 12/22/2017 |
| **Total Perez-Martinez, Adalina** | | |
| | | |
| **Ramirez, Claribel** | | |
| Ramirez, Claribel | *Labor I.F.* | 12/22/2017 |
| Ramirez, Claribel | | 12/22/2017 |
| **Total Ramirez, Claribel** | | |
| | | |
| **Ramos, Jessalynn M.** | | |
| Ramos, Jessalynn M. | *Labor* | 12/22/2017 |
| Ramos, Jessalynn M. | | 12/22/2017 |
| **Total Ramos, Jessalynn M.** | | |
| | | |
| **Reeder, Rose** | | |
| Reeder, Rose | *office manager* | 12/22/2017 |
| Reeder, Rose | *I.F.* | 12/22/2017 |
| **Total Reeder, Rose** | | |
| | | |
| **Rogers, Blayne H.** | | |
| Rogers, Blayne H. | *Labor* | 12/22/2017 |
| Rogers, Blayne H. | | 12/22/2017 |
| **Total Rogers, Blayne H.** | | |
| | | |
| **Rowberry, Jerry D.** | | |
| Rowberry, Jerry D. | *production* | 12/22/2017 |
| Rowberry, Jerry D. | | 12/22/2017 |
| **Total Rowberry, Jerry D.** | | |

9:47 AM
12/30/19

## Glenwood Smoked Products, Inc.
### Employee State Taxes Detail
December 18 - 31, 2017

| Source Name | | Date |
|---|---|---|
| **Villafana-Chavez, Griselda** | | |
| Villafana-Chavez, Griselda | *Labor* | 12/22/2017 |
| Villafana-Chavez, Griselda | | 12/22/2017 |
| **Total Villafana-Chavez, Griselda** | | |
| **Yanez-Carrasco, Rafael** | | |
| Yanez-Carrasco, Rafael | *Labor* | 12/22/2017 |
| Yanez-Carrasco, Rafael | | 12/22/2017 |
| **Total Yanez-Carrasco, Rafael** | | |
| **TOTAL** | | |

Scott Zabriskie    contract labor

Darrell Reordan    Maintenance  I.F.

Clark Scott    SGPs owner

Mitch Scott    SGPs owner

004601

### All Natural Barbacoa Costing - Original 14.5 oz Bag

Cost of Beef per pound $2.90

13-Nov-17    100 lbs per batch                                                    Rate/Hr 12.50

| Stage 1—Meat | | | Actual Cost/Lb | Standard Usage/Lb | Loss Factor | Actual Usage/Lb | Cost | Each Stage |
|---|---|---|---|---|---|---|---|---|
| 100 Lean Meat | | | $2.9000 | 100 | 2.00% | 98 | $295.92 | |
| Labor (Slicing) | | | | 98 | | | | hours |
| Labor (QC per lb.) | | | | | | | $4.13 | 0.330 |
| Labor (Cleaning, 1 hour, 600 pounds) | | | | | | | $0.00 | 0.000 |
| TOTAL MEAT | | | | | | 98 | $0.83 | 0.066 |
| | | | | | | | $300.87 | |
| Stage 2—Spice | | | | | | | | |
| Brown Sugar | Amalgamated | 13-Nov-17 | $0.420 | 22.00 | 0.50% | 22.111 | $9.29 | |
| Apple Juice | Motts | 13-Nov-17 | $0.530 | 5.00 | 0.50% | 5.025 | $2.66 | |
| Lime Juice | Motts | 26-Jun-15 | $0.890 | 3.33 | 0.50% | 3.347 | $2.98 | |
| Apple Cider Vinegar | Marukan | ???????? | $0.440 | 6.67 | 0.50% | 6.704 | $2.95 | |
| Barbacoa Original G90174 | Newly Wed | 13-Nov-17 | $3.150 | 6.00 | 0.50% | 6.030 | $18.99 | |
| Salt | Sams | | $0.330 | 1.75 | 0.50% | 1.759 | $0.58 | |
| Water | | | $0.000 | 13.50 | 0.50% | 13.568 | $0.00 | |
| Total Spice Cost | | | $5.76 | 58.25 | | 58.543 | $37.45 | |
| Labor (Spice mixing) 2 people, 4 hrs, 600 lbs. | | | | | | | $8.38 | 0.670 |
| Labor (Spice room cleanup) 1 hr/ 600 lbs. | | | | | | | $0.83 | 0.066 |
| TOTAL STAGE 1 & 2 | | | | | | 156.543 | $347.52 | |
| Stage 3—Screening | | | | | | | | hours |
| Labor (Screening & Ready for Packaging) | SC-20191 | | | | | | $26.00 | 2.08 |
| Labor (Smoke House Operator) | | | | | | | $4.13 | 0.33 |
| Labor (Clean room, equipment) | | | | | | | $2.09 | |
| TOTAL STAGE 1, 2, & 3 | | | | | | 156.543 | $379.73 | 0.167 |
| Stage 4—Cooked Product | | | | | | | | |
| Smokehouse Yield | | 65.00% | | 63.7000 | | 63.700 | | |
| TOTAL COOKED COST | | | | | | | $379.73 | |
| Loss factor packaging stage | | | | | 1.00% | 0.637 | $3.80 | Cost/lb. |
| | | | | 63.0630 | | | $383.53 | $6.08 |
| Stage 5—Final Product | | | | | | | | |
| Packaging Materials: | | | | 10 | lbs. per bag | | $60.82 | |
| Oxygen Scavengers | EverFresh | 16-Nov-13 | $0.0280 | 4.0000 | | | $0.00 | |
| Bag | Hale | 11-Mar-14 | $0.1700 | 1.0000 | | | $0.11 | |
| Labels | | | $0.0005 | 5.0000 | | | $0.17 | |
| Cutting/Packaging Labor per bag | | | $4.2600 | 1.0000 | | | $0.00 | |
| Net Total | | | | | | | $4.26 | |
| Total Packaging Cost | | | | | | | $65.36 | |
| TOTAL FINAL COST PER BAG | | | | | | | $65.36 | |

| COST PER 10 LB Bag | Freight | $0.00 | | |
|---|---|---|---|---|
| | 14.5 oz pouch | $5.98 | $65.36 | Cost per bag |
| | Labor to pack | $0.25 | | $7.50 |
| FINAL COST PER 10 pound bag | Pouch | | $65.36 | |
| | Label | | | |
| | Overhead | $0.96 | | Sell price |
| | | | | $8.66 |
| Profit per 10 lb. bag | SZ | $0.31 | | Net profit |
| | Total Cost | $7.50 | | $1.16 |
| | | | | 13.36% |

004602

## Grass Fed Barbacoa Costing - Carne Asada - 14.5 oz

| Cost of Beef per pound | | | | $3.80 | | | | | Rate/Hr |
|---|---|---|---|---|---|---|---|---|---|
| 07-Jun-16 | | 100 lbs per batch | | | | | | | 12.50 |
| Stage 1—Meat | | | Actual Cost/Lb | Standard Usage/Lb | Loss Factor | Actual Usage/Lb | | Cost | Each Stage |
| 100 Lean Meat | | | $3.8000 | 100 | 2.00% | 98 | | $387.76 | |
| Labor (Slicing) | | | | | | | | | hours |
| Labor (QC per lb.) | | | | 98 | | | | $4.13 | 0.330 |
| Labor (Cleaning, 1 hour, 600 pounds) | | | | | | | | $0.00 | 0.000 |
| TOTAL MEAT | | | | | | 98 | | $0.83 | 0.066 |
| | | | | | | 98 | | $392.71 | |
| Stage 2—Spice | | | | | | | | | |
| Brown Sugar | Costco | 26-Jun-15 | $0.490 | 17.00 | 0.50% | 17.085 | | $8.37 | |
| Apple Juice | Sam's | 15-Mar-16 | $0.280 | 13.33 | 0.50% | 13.397 | | $3.75 | |
| Lime Juice | Costco | 26-Jun-15 | $0.730 | 3.33 | 0.50% | 3.347 | | $2.44 | |
| Apple Cider Vinegar | Sam's | 25-Jun-15 | $0.440 | 6.67 | 0.50% | 6.704 | | $2.95 | |
| Carne Asada Spice Mix | Newly Wed | 5-Apr-16 | $3.350 | 8.33 | 0.50% | 8.372 | | $28.05 | |
| Total Spice Cost | | | $5.29 | 48.66 | | 48.905 | | $45.56 | |
| Labor (Spice mixing) 2 people, 4 hrs, 600 lbs. | | | | | | | | $8.38 | 0.670 |
| Labor (Spice room cleanup) 1 hr/ 600 lbs. | | | | | | | | $0.83 | 0.066 |
| TOTAL STAGE 1 & 2 | | | | | | 146.905 | | $447.47 | |
| Stage 3—Screening | | | | | | | | | |
| Labor (Screening & Ready for Packaging SC-20191 | | | | | | | | $26.00 | hours 2.08 |
| Labor (Smoke House Operator) | | | | | | | | $4.13 | 0.33 |
| Labor (Clean room, equipment) | | | | | | | | $2.09 | 0.167 |
| TOTAL STAGE 1, 2, & 3 | | | | | | 146.905 | | $479.68 | |
| Stage 4—Cooked Product | | | | | | | | | |
| Smokehouse Yield | | 60.00% | | 58.8000 | | 58.800 | | | |
| TOTAL COOKED COST | | | | | | | | $479.68 | |
| Loss factor packaging stage | | | | | 1.00% | 0.588 | | $4.80 | Cost/lb. |
| | | | | 58.2120 | | | | $484.48 | $8.32 |
| Stage 5—Final Product | | | | | | | | | |
| Packaging Materials: | | | | 10 | lbs. per bag | | | $83.23 | |
| Oxygen Scavengers | EverFresh | 16-Nov-13 | $0.0280 | 4.0000 | | | | $0.00 | |
| Bag | Hale | 11-Mar-14 | $0.1700 | 1.0000 | | | | $0.11 | |
| Labels | | | $0.0005 | 5.0000 | | | | $0.17 | |
| Cutting/Packaging Labor per bag | | | $4.2600 | 1.0000 | | | | $0.00 | |
| Net Total | | | | | | | | $4.26 | |
| Total Packaging Cost | | | | | | | | $87.77 | |
| TOTAL FINAL COST PER BAG | | | | | | | | | |
| | | | | | | | | $87.77 | |

| **COST PER 10 LB Bag** | Freight | $0.00 | | | | |
|---|---|---|---|---|---|---|
| | 14.5 oz bag | $8.11 | **$87.77** | Cost per bag | $232.08 | $9.17 |
| **FINAL COST PER 10 pound bag** | Labor to pack | $0.25 | | | | |
| | Pouch | | **$87.77** | Total | $232.08 | |
| | Label | | | | | |
| | Overhead | $0.50 | | | | |
| | Commission | | **$122.20** | Sell price | $293.28 | $11.46 |
| **Profit per 10 lb. bag** | SZ | $0.31 | | | | |
| | Total Cost | $9.17 | **$34.43** | Net profit | $61.20 | $2.29 |
| | | | | | | 19.95% |

## All Natural Barbacoa Costing - Carne Asada - 3 oz

Cost of Beef per pound: **$2.80**

07-Jun-16   100 lbs per batch   Rate/Hr 12.50

| | | | Actual Cost/Lb | Standard Usage/Lb | Loss Factor | Actual Usage/Lb | Cost | Each Stage |
|---|---|---|---|---|---|---|---|---|
| **Stage 1—Meat** | | | | | | | | |
| 100 Lean Meat | | | $2.8000 | 100 | 2.00% | 98 | $285.71 | |
| | | | | | | | | hours |
| Labor (Slicing) | | | | | | | | 0.330 |
| Labor (QC per lb.) | | | | 98 | | | $4.13 | |
| Labor (Cleaning, 1 hour, 600 pounds) | | | | | | | $0.00 | 0.000 |
| TOTAL MEAT | | | | | | | $0.83 | 0.066 |
| | | | | | | 98 | $290.66 | |
| **Stage 2—Spice** | | | | | | | | |
| Brown Sugar | Costco | 26-Jun-15 | $0.490 | 17.00 | 0.50% | 17.085 | $8.37 | |
| Apple Juice | Sam's | 15-Mar-16 | $0.280 | 13.33 | 0.50% | 13.397 | $3.75 | |
| Lime Juice | Costco | 26-Jun-15 | $0.730 | 3.33 | 0.50% | 3.347 | $2.44 | |
| Apple Cider Vinegar | Sam's | 25-Jun-15 | $0.440 | 6.67 | 0.50% | 6.704 | $2.95 | |
| Carne Asada Spice Mix | Newly Wed | 5-Apr-16 | $3.350 | 8.33 | 0.50% | 8.372 | $28.05 | |
| Total Spice Cost | | | $5.29 | 48.66 | | 48.905 | **$45.56** | |
| Labor (Spice mixing) 2 people, 4 hrs, 600 lbs. | | | | | | | $8.38 | 0.670 |
| Labor (Spice room cleanup) 1 hr/ 600 lbs. | | | | | | | $0.83 | 0.066 |
| TOTAL STAGE 1 & 2 | | | | | | 146.905 | $345.43 | |
| **Stage 3—Screening** | | | | | | | | |
| | | | | | | | | hours |
| Labor (Screening & Ready for Packaging SC-20191 | | | | | | | $26.00 | 2.08 |
| Labor (Smoke House Operator) | | | | | | | $4.13 | 0.33 |
| Labor (Clean room, equipment) | | | | | | | $2.09 | 0.167 |
| TOTAL STAGE 1, 2, & 3 | | | | | | 146.905 | $377.64 | |
| **Stage 4—Cooked Product** | | | | | | | | |
| Smokehouse Yield | | | 60.00% | | | 58.8000 | | 58.800 |
| TOTAL COOKED COST | | | | | | | $377.64 | |
| Loss factor packaging stage | | | | | 1.00% | 0.588 | $3.78 | Cost/lb. |
| | | | | | 58.2120 | | $381.41 | $6.55 |
| **Stage 5—Final Product** | | | | | | | | |
| Packaging Materials: | | | | | 10 lbs. per bag | | $65.52 | |
| Oxygen Scavengers | EverFresh | 16-Nov-13 | $0.0280 | 4.0000 | | | $0.00 | |
| Bag | Hale | 11-Mar-14 | $0.1700 | 1.0000 | | | $0.11 | |
| Labels | | | $0.0005 | 5.0000 | | | $0.17 | |
| Cutting/Packaging Labor per bag | | | $4.2600 | 1.0000 | | | $0.00 | |
| Net Total | | | | | | | $4.26 | |
| Total Packaging Cost | | | | | | | $70.07 | |
| TOTAL FINAL COST PER BAG | | | | | | | | |
| | | | | | | | $70.07 | |

| | | Actual Cost/Lb | | | | Cost | Each Stage |
|---|---|---|---|---|---|---|---|
| | Freight | $0.00 | | | | $70.07 | |
| **COST PER 10 LB Bag** | 3 oz bag | $1.34 | **$70.07** | | Cost per bag | $232.08 | $1.70 |
| | Labor to pack | $0.19 | | | | | |
| FINAL COST PER 10 pound bag | Pouch | | **$70.07** | | Total | $232.08 | |
| | Label | | | | | | |
| | Overhead | $0.10 | | | | | |
| | Commission | | **$122.20** | | Sell price | $293.28 | $1.99 |
| | SZ | $0.07 | | | | | |
| Profit per 10 lb. bag | Total Cost | $1.70 | $52.13 | | Net profit | $61.20 | $0.29 |
| | | | | | | | 14.82% |

### Barbacoa Costing - Carne Asada - 14.5 oz

| Cost of Beef per pound | | | | $3.80 | | | Rate/Hr |
|---|---|---|---|---|---|---|---|
| 20-Apr-16 | 100 lbs per batch | | | | | | 12.50 |

| Stage 1—Meat | | | Actual Cost/Lb | Standard Usage/Lb | Loss Factor | Actual Usage/Lb | Cost | Each Stage |
|---|---|---|---|---|---|---|---|---|
| 100 Lean Meat | | | $3.8000 | 100 | 2.00% | 98 | $387.76 | |
| Labor (Slicing) | | | | | | | | hours |
| Labor (QC per lb.) | | | | 98 | | | $4.13 | 0.330 |
| Labor (Cleaning, 1 hour, 600 pounds) | | | | | | | $0.00 | 0.000 |
| TOTAL MEAT | | | | | | 98 | $0.83 | 0.066 |
| | | | | | | | $392.71 | |
| Stage 2—Spice | | | | | | | | |
| Brown Sugar | Costco | 26-Jun-15 | $0.490 | 17.00 | 0.50% | 17.085 | $8.37 | |
| Apple Juice | Sam's | 15-Mar-16 | $0.280 | 13.33 | 0.50% | 13.397 | $3.75 | |
| Lime Juice | Costco | 26-Jun-15 | $0.730 | 3.33 | 0.50% | 3.347 | $2.44 | |
| Apple Cider Vinegar | Sam's | 25-Jun-15 | $0.440 | 6.67 | 0.50% | 6.704 | $2.95 | |
| Carne Asada Spice Mix | Newly Wed | 5-Apr-16 | $3.350 | 8.33 | 0.50% | 8.372 | $28.05 | |
| Total Spice Cost | | | $5.29 | 48.66 | | 48.905 | $45.56 | |
| Labor (Spice mixing) 2 people, 4 hrs, 600 lbs. | | | | | | | $8.38 | 0.670 |
| Labor (Spice room cleanup) 1 hr/ 600 lbs. | | | | | | | $0.83 | 0.066 |
| TOTAL STAGE 1 & 2 | | | | | | 146.905 | $447.47 | |
| Stage 3—Screening | | | | | | | | |
| | | | | | | | | hours |
| Labor (Screening & Ready for Packaging) SC-20191 | | | | | | | $26.00 | 2.08 |
| Labor (Smoke House Operator) | | | | | | | $4.13 | 0.33 |
| Labor (Clean room, equipment) | | | | | | | $2.09 | 0.167 |
| TOTAL STAGE 1, 2, & 3 | | | | | | 146.905 | $479.68 | |
| Stage 4—Cooked Product | | | | | | | | |
| Smokehouse Yield | | | 60.00% | | | 58.800 | | |
| TOTAL COOKED COST | | | | 58.8000 | | | $479.68 | |
| Loss factor packaging stage | | | | | 1.00% | 0.588 | $4.80 | Cost/lb. |
| | | | | 58.2120 | | | $484.48 | $8.32 |
| Stage 6—Final Product | | | | | | | | |
| Packaging Materials: | | | | 10 lbs. per bag | | | $83.23 | |
| Oxygen Scavengers | EverFresh | 16-Nov-13 | $0.0280 | 4.0000 | | | $0.00 | |
| Bag | Hale | 11-Mar-14 | $0.1700 | 1.0000 | | | $0.11 | |
| Labels | | | $0.0005 | 5.0000 | | | $0.17 | |
| Cutting/Packaging Labor per bag | | | $4.2600 | 1.0000 | | | $0.00 | |
| Net Total | | | | | | | $4.26 | |
| Total Packaging Cost | | | | | | | $87.77 | |
| TOTAL FINAL COST PER BAG | | | | | | | $87.77 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| COST PER 10 LB Bag | Freight | $0.00 | | | | | $87.77 |
| | 14.5 oz bag | $1.68 | $87.77 | | Cost per bag | $232.08 | $2.03 |
| FINAL COST PER 10 pound bag | Labor to pack | $0.19 | | | | | |
| | Pouch | | $87.77 | | Total | $232.08 | |
| | Label | | | | | | |
| | Overhead | $0.10 | | | | | |
| | Commission | | $122.20 | | Sell price | $293.28 | $2.39 |
| | SZ | $0.07 | | | | | |
| Profit per 10 lb. bag | Total Cost | $2.03 | $34.43 | | Net profit | $61.20 | $0.36 |
| | | | | | | | 15.12% |

## All Natural Barbacoa Costing - Sweet N Spicy Pork - 14.5 oz

Cost of Pork per pound                     $1.45                                                           Rate/Hr

31-Aug-17          100 lbs per batch                                                                        12.50

| | | | Actual Cost/Lb | Standard Usage/Lb | Loss Factor | Actual Usage/Lb | Cost | Each Stage |
|---|---|---|---|---|---|---|---|---|
| Stage 1—Meat | | | $1.4500 | 100 | 2.00% | 98 | $147.96 | |
| 100 Lean Meat | | | | | | | | hours |
| Labor (Slicing) | | | | | | | $4.13 | 0.330 |
| Labor (QC per lb.) | | | | 98 | | | $0.00 | 0.000 |
| Labor (Cleaning, 1 hour, 600 pounds) | | | | | | | $0.83 | 0.066 |
| TOTAL MEAT | | | | | | 98 | $152.91 | |
| | | | | | | | | |
| Stage 2—Spice | | | | | | | | |
| Brown Sugar | Costco | 26-Jun-15 | $0.420 | 39.00 | 0.50% | 39.196 | $16.46 | |
| Yamasa Tamari Sauce | Yamasa | 15-Mar-16 | $0.930 | 14.00 | 0.50% | 14.070 | $13.09 | |
| Water | | 26-Jun-15 | $0.000 | 3.01 | 0.50% | 3.025 | $0.00 | |
| Honey | Cox's | 25-Jun-15 | $1.850 | 2.50 | 0.50% | 2.513 | $4.65 | |
| Lemon Juice | Real Lemon | 5-Apr-16 | $0.730 | 2.35 | 0.50% | 2.362 | $1.72 | |
| Pineapple Juice | Dole | | $0.730 | 2.06 | 0.50% | 2.070 | $1.51 | |
| Hardwood Smoked Sugar | Red Arrow | | $5.000 | 1.03 | 0.50% | 1.035 | $5.18 | |
| Salt | Morton | | $0.230 | 1.00 | 0.50% | 1.005 | $0.23 | |
| Granulated Garlic | GFN | | $4.420 | 0.88 | 0.50% | 0.884 | $3.91 | |
| Granulated Onion | GFN | | $1.950 | 0.88 | 0.50% | 0.884 | $1.72 | |
| Black Pepper | GFN | | $5.250 | 0.66 | 0.50% | 0.663 | $3.48 | |
| | | | | | | | | |
| Total Spice Cost | | | $21.51 | 67.37 | | 67.709 | $51.95 | |
| Labor (Spice mixing) 2 people, 4 hrs, 600 lbs. | | | | | | | $8.38 | 0.670 |
| Labor (Spice room cleanup) 1 hr/ 600 lbs. | | | | | | | $0.83 | 0.066 |
| TOTAL STAGE 1 & 2 | | | | | | 165.709 | $214.06 | |
| | | | | | | | | |
| Stage 3—Screening | | | | | | | | hours |
| Labor (Screening & Ready for Packaging) SC-20191 | | | | | | | $26.00 | 2.08 |
| Labor (Smoke House Operator) | | | | | | | $4.13 | 0.33 |
| Labor (Clean room, equipment) | | | | | | | $2.09 | 0.167 |
| TOTAL STAGE 1, 2, & 3 | | | | | | 165.709 | $246.28 | |
| | | | | | | | | |
| Stage 4—Cooked Product | | | | | | | | |
| Smokehouse Yield | | 70.00% | | 68.6000 | | 68.600 | | |
| TOTAL COOKED COST | | | | | | | $246.28 | |
| Loss factor packaging stage | | | | | 1.00% | 0.686 | $2.46 | Cost/lb. |
| | | | | 67.9140 | | | $248.74 | $3.66 |
| | | | | | | | | |
| Stage 5—Final Product | | | | | | | | |
| Packaging Materials: | | | | 10 lbs. per bag | | | $36.63 | |
| | | | | | | | | |
| Oxygen Scavengers | EverFresh | 16-Nov-13 | $0.0280 | 4.0000 | | | $0.00 | |
| Bag | Hale | 11-Mar-14 | $0.1700 | 1.0000 | | | $0.11 | |
| Labels | | | $0.0005 | 5.0000 | | | $0.17 | |
| Cutting/Packaging Labor per bag | | | $4.2600 | 1.0000 | | | $0.00 | |
| Net Total | | | | | | | $4.26 | |
| | | | | | | | | |
| Total Packaging Cost | | | | | | | $41.17 | |
| TOTAL FINAL COST PER BAG | | | | | | | | |
| | | | | | | | $41.17 | |

| | | | | | |
|---|---|---|---|---|---|
| | Freight | $0.00 | | | |
| COST PER 10 LB Bag | 14.5 oz bag | $3.81 | $41.17 | Cost per bag | $4.78 |
| | Labor to pack | $0.25 | | | |
| FINAL COST PER 10 pound bag | Pouch | | $41.17 | Total | |
| | Label | | | | |
| | Overhead | $0.50 | | | |
| | Commission | | $122.20 | Sell price | $6.05 |
| | SZ | $0.22 | | | |
| Profit per 10 lb. bag | Total Cost | $4.78 | $81.03 | Net profit | $1.27 |
| | | | | | 21.06% |

## All Natural Barbacoa Costing - Original 14.5 oz Bag

Cost of Beef per pound $2.90

**13-Nov-17**    100 lbs per batch    Rate/Hr **12.50**

| | | | Actual Cost/Lb | Standard Usage/Lb | Loss Factor | Actual Usage/Lb | Cost | Each Stage |
|---|---|---|---|---|---|---|---|---|
| Stage 1—Meat | | | | | | | | |
| 100 Lean Meat | | | $2.9000 | 100 | 2.00% | 98 | $295.92 | |
| Labor (Slicing) | | | | 98 | | | | hours |
| Labor (QC per lb.) | | | | | | | $4.13 | 0.330 |
| Labor (Cleaning, 1 hour, 600 pounds) | | | | | | | $0.00 | 0.000 |
| TOTAL MEAT | | | | | | 98 | $0.83 | 0.066 |
| | | | | | | | $300.87 | |
| Stage 2—Spice | | | | | | | | |
| Brown Sugar | Amalgamated | 13-Nov-17 | $0.420 | 22.00 | 0.50% | 22.111 | $9.29 | |
| Apple Juice | Motts | 13-Nov-17 | $0.530 | 5.00 | 0.50% | 5.025 | $2.66 | |
| Lime Juice | Motts | 26-Jun-15 | $0.890 | 3.33 | 0.50% | 3.347 | $2.98 | |
| Apple Cider Vinegar | Marukan | | $0.440 | 6.67 | 0.50% | 6.704 | $2.95 | |
| Barbacoa Original G90174 | Newly Wed | 13-Nov-17 | $3.150 | 6.00 | 0.50% | 6.030 | $18.99 | |
| Salt | Sams | | $0.330 | 1.75 | 0.50% | 1.759 | $0.58 | |
| Water | | | $0.000 | 13.50 | 0.50% | 13.568 | $0.00 | |
| | | | ???????? | | | | | |
| Total Spice Cost | | | $5.76 | 58.25 | | 58.543 | **$37.45** | |
| Labor (Spice mixing) 2 people, 4 hrs, 600 lbs. | | | | | | | $8.38 | 0.670 |
| Labor (Spice room cleanup) 1 hr/ 600 lbs. | | | | | | | $0.83 | 0.066 |
| TOTAL STAGE 1 & 2 | | | | | | 156.543 | $347.52 | |
| Stage 3—Screening | | | | | | | | |
| | | | | | | | | hours |
| Labor (Screening & Ready for Packaging) | SC-20191 | | | | | | $26.00 | 2.08 |
| Labor (Smoke House Operator) | | | | | | | $4.13 | 0.33 |
| Labor (Clean room, equipment) | | | | | | | $2.09 | 0.167 |
| TOTAL STAGE 1, 2, & 3 | | | | | | 156.543 | $379.73 | |
| Stage 4—Cooked Product | | | | | | | | |
| Smokehouse Yield | | | 65.00% | 63.7000 | | 63.700 | | |
| TOTAL COOKED COST | | | | | | | $379.73 | |
| Loss factor packaging stage | | | | | 1.00% | 0.637 | $3.80 | Cost/lb. |
| | | | | 63.0630 | | | $383.53 | $6.08 |
| Stage 5—Final Product | | | | | | | | |
| Packaging Materials: | | | | | 10 lbs. per bag | | $60.82 | |
| Oxygen Scavengers | EverFresh | 16-Nov-13 | $0.0280 | 4.0000 | | | $0.00 | |
| Bag | Hale | 11-Mar-14 | $0.1700 | 1.0000 | | | $0.11 | |
| Labels | | | $0.0005 | 5.0000 | | | $0.17 | |
| Cutting/Packaging Labor per bag | | | $4.2600 | 1.0000 | | | $0.00 | |
| Net Total | | | | | | | $4.26 | |
| Total Packaging Cost | | | | | | | $65.36 | |
| TOTAL FINAL COST PER BAG | | | | | | | | |
| | | | | | | | $65.36 | |

**COST PER 10 LB Bag**

**FINAL COST PER 10 pound bag**

**Profit per 10 lb. bag**

| | | | | | |
|---|---|---|---|---|---|
| Freight | $0.00 | | | $65.36 | |
| 14.5 oz pouch | $5.98 | **$65.36** | Cost per bag | | $7.05 |
| Labor to pack | $0.25 | | | | |
| Pouch | | **$65.36** | | | |
| Label | | | | | |
| Overhead | $0.51 | | Sell price | | $8.66 |
| SZ | $0.31 | | | | |
| Total Cost | $7.05 | | Net profit | | $1.61 |
| | | | | | 18.56% |

### All Natural Barbacoa Costing - Sweet N Spicy Pork - 14.5 oz

Cost of Pork per pound

17-May-17   100 lbs per batch   $1.45   Rate/Hr 12.50

| Stage 1—Meat | | | Actual Cost/Lb | Standard Usage/Lb | Loss Factor | Actual Usage/Lb | Cost | Each Stage |
|---|---|---|---|---|---|---|---|---|
| 100 Lean Meat | | | $1.4500 | 100 | 2.00% | 98 | $147.96 | |
| | | | | | | | | hours |
| Labor (Slicing) | | | | 98 | | | $4.13 | 0.330 |
| Labor (QC per lb.) | | | | | | | $0.00 | 0.000 |
| Labor (Cleaning, 1 hour, 600 pounds) | | | | | | | $0.83 | 0.066 |
| TOTAL MEAT | | | | | | 98 | $152.91 | |
| | | | | | | | | |
| Stage 2—Spice | | | | | | | | |
| Brown Sugar | Costco | 26-Jun-15 | $0.490 | 17.00 | 0.50% | 17.085 | $8.37 | |
| Apple Juice | Sam's | 15-Mar-16 | $0.280 | 13.33 | 0.50% | 13.397 | $3.75 | |
| Lime Juice | Costco | 26-Jun-15 | $0.730 | 3.33 | 0.50% | 3.347 | $2.44 | |
| Apple Cider Vinegar | Sam's | 25-Jun-15 | $0.440 | 6.67 | 0.50% | 6.704 | $2.95 | |
| Carne Asada Spice Mix | Newly Wed | 5-Apr-16 | $3.350 | 8.33 | 0.50% | 8.372 | $28.05 | |
| | | | | | | | | |
| Total Spice Cost | | | $5.29 | 48.66 | | 48.905 | $45.56 | |
| Labor (Spice mixing) 2 people, 4 hrs, 600 lbs. | | | | | | | $8.38 | 0.670 |
| Labor (Spice room cleanup) 1 hr/ 600 lbs. | | | | | | | $0.83 | 0.066 |
| TOTAL STAGE 1 & 2 | | | | | | 146.905 | $207.67 | |
| | | | | | | | | |
| Stage 3--Screening | | | | | | | | hours |
| Labor (Screening & Ready for Packaging SC-20191 | | | | | | | $26.00 | 2.08 |
| Labor (Smoke House Operator) | | | | | | | $4.13 | 0.33 |
| Labor (Clean room, equipment) | | | | | | | $2.09 | 0.167 |
| TOTAL STAGE 1, 2, & 3 | | | | | | 146.905 | $239.88 | |
| | | | | | | | | |
| Stage 4--Cooked Product | | | | | | | | |
| Smokehouse Yield | | 70.00% | | 68.6000 | | 68.600 | | |
| TOTAL COOKED COST | | | | | | | $239.88 | |
| Loss factor packaging stage | | | | | 1.00% | 0.686 | $2.40 | Cost/lb. |
| | | | | 67.9140 | | | $242.28 | $3.57 |
| Stage 5--Final Product | | | | | | | | |
| Packaging Materials: | | | | 10 lbs. per bag | | | $35.67 | |
| | | | | | | | | |
| Oxygen Scavengers | EverFresh | 16-Nov-13 | $0.0280 | 4.0000 | | | $0.00 | |
| Bag | Hale | 11-Mar-14 | $0.1700 | 1.0000 | | | $0.11 | |
| Labels | | | $0.0005 | 5.0000 | | | $0.17 | |
| Cutting/Packaging Labor per bag | | | $4.2600 | 1.0000 | | | $0.00 | |
| Net Total | | | | | | | $4.26 | |
| | | | | | | | | |
| Total Packaging Cost | | | | | | | $40.22 | |
| TOTAL FINAL COST PER BAG | | | | | | | $40.22 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Freight | $0.00 | | | | $40.22 |
| COST PER 10 LB Bag | 14.5 oz bag | $3.72 | $40.22 | Cost per bag | $232.08 | $4.78 |
| | Labor to pack | $0.25 | | | | |
| FINAL COST PER 10 pound bag | Pouch | | $40.22 | Total | $232.08 | |
| | Label | | | | | |
| | Overhead | $0.50 | | | | |
| | Commission | | $122.20 | Sell price | $293.28 | $5.86 |
| | SZ | $0.31 | | | | |
| Profit per 10 lb. bag | Total Cost | $4.78 | $81.98 | Net profit | $61.20 | $1.08 |
| | | | | | | 18.47% |

004608

## All Natural Barbacoa Costing - Carne Asada - 3 oz

| Cost of Beef per pound | | | | $3.20 | | | | Rate/Hr |
|---|---|---|---|---|---|---|---|---|
| 29-Sep-17 | | 100 lbs per batch | | | | | | 12.50 |

| Stage 1—Meat | | | Actual Cost/Lb | Standard Usage/Lb | Loss Factor | Actual Usage/Lb | Cost | Each Stage |
|---|---|---|---|---|---|---|---|---|
| 100 Lean Meat | | | $3.2000 | 100 | 2.00% | 98 | $326.53 | |
| | | | | | | | | hours |
| Labor (Slicing) | | | | | | | $4.13 | 0.330 |
| Labor (QC per lb.) | | | | 98 | | | $0.00 | 0.000 |
| Labor (Cleaning, 1 hour, 600 pounds) | | | | | | | $0.83 | 0.066 |
| TOTAL MEAT | | | | | | 98 | $331.48 | |
| | | | | | | | | |
| Stage 2—Spice | | | | | | | | |
| Brown Sugar | Costco | 26-Jun-15 | $0.420 | 17.00 | 0.50% | 17.085 | $7.18 | |
| Apple Juice | Sam's | 15-Mar-16 | $0.330 | 13.33 | 0.50% | 13.397 | $4.42 | |
| Lime Juice | Costco | 26-Jun-15 | $0.730 | 3.33 | 0.50% | 3.347 | $2.44 | |
| Apple Cider Vinegar | Sam's | 25-Jun-15 | $0.440 | 6.67 | 0.50% | 6.704 | $2.95 | |
| Carne Asada Spice Mix | Newly Wed | 5-Apr-16 | $3.350 | 8.33 | 0.50% | 8.372 | $28.05 | |
| | | | | | | | | |
| | | | | | | | | |
| Total Spice Cost | | | $5.27 | 48.66 | | 48.905 | $45.04 | |
| Labor (Spice mixing) 2 people, 4 hrs, 600 lbs. | | | | | | | $8.38 | 0.670 |
| Labor (Spice room cleanup) 1 hr/ 600 lbs. | | | | | | | $0.83 | 0.066 |
| TOTAL STAGE 1 & 2 | | | | | | 146.905 | $385.72 | |
| | | | | | | | | |
| Stage 3—Screening | | | | | | | | |
| | | | | | | | | hours |
| Labor (Screening & Ready for Packaging) SC-20191 | | | | | | | $26.00 | 2.08 |
| Labor (Smoke House Operator) | | | | | | | $4.13 | 0.33 |
| Labor (Clean room, equipment) | | | | | | | $2.09 | 0.167 |
| TOTAL STAGE 1, 2, & 3 | | | | | | 146.905 | $417.93 | |
| | | | | | | | | |
| Stage 4—Cooked Product | | | | | | | | |
| Smokehouse Yield | | | 60.00% | | | 58.8000 | 58.800 | |
| TOTAL COOKED COST | | | | | | | $417.93 | |
| Loss factor packaging stage | | | | | 1.00% | 0.588 | $4.18 | Cost/lb. |
| | | | | 58.2120 | | | $422.11 | $7.25 |
| Stage 5—Final Product | | | | | | | | |
| Packaging Materials: | | | | 10 lbs. per bag | | | $72.51 | |
| | | | | | | | | |
| Oxygen Scavengers | EverFresh | 16-Nov-13 | $0.0280 | 4.0000 | | | $0.00 | |
| Bag | Hale | 11-Mar-14 | $0.1700 | 1.0000 | | | $0.11 | |
| Labels | | | $0.0005 | 5.0000 | | | $0.17 | |
| Cutting/Packaging Labor per bag | | | $4.2600 | 1.0000 | | | $0.00 | |
| Net Total | | | | | | | $4.26 | |
| | | | | | | | | |
| Total Packaging Cost | | | | | | | $77.06 | |
| TOTAL FINAL COST PER BAG | | | | | | | $77.06 | |
| | Freight | | $0.00 | | | | $77.06 | |
| COST PER 10 LB Bag | 14.5 oz pouch | | $7.05 | $77.06 | | Cost per bag | $232.08 | $8.12 |
| | Labor to pack | | $0.25 | | | | | |
| FINAL COST PER 10 pound bag | Pouch | | | $77.06 | | Total | $232.08 | |
| | Label | | | | | | | |
| | Overhead | | $0.51 | | | | | |
| | Commission | | | $122.20 | | Sell price | $293.28 | $8.66 |
| | SZ | | $0.31 | | | | | |
| Profit per 10 lb. bag | Total Cost | | $8.12 | $45.14 | | Net profit | $61.20 | $0.54 |
| | | | | | | | | 6.20% |

## All Natural Barbacoa Costing - Sweet N Spicy Pork - 14.5 oz

Cost of Pork per pound: **$1.45**

17-May-17   100 lbs per batch   Rate/Hr 12.50

| Item | Vendor | Date | Actual Cost/Lb | Standard Usage/Lb | Loss Factor | Actual Usage/Lb | Cost | Each Stage |
|---|---|---|---|---|---|---|---|---|
| **Stage 1—Meat** | | | | | | | | |
| 100 Lean Meat | | | $1.4500 | 100 | 2.00% | 98 | $147.96 | hours |
| Labor (Slicing) | | | | | | | $4.13 | 0.330 |
| Labor (QC per lb.) | | | | 98 | | | $0.00 | 0.000 |
| Labor (Cleaning, 1 hour, 600 pounds) | | | | | | | $0.83 | 0.066 |
| **TOTAL MEAT** | | | | | | 98 | $152.91 | |
| **Stage 2—Spice** | | | | | | | | |
| Brown Sugar | Costco | 26-Jun-15 | $0.490 | 17.00 | 0.50% | 17.085 | $8.37 | |
| Apple Juice | Sam's | 15-Mar-16 | $0.280 | 13.33 | 0.50% | 13.397 | $3.75 | |
| Lime Juice | Costco | 26-Jun-15 | $0.730 | 3.33 | 0.50% | 3.347 | $2.44 | |
| Apple Cider Vinegar | Sam's | 25-Jun-15 | $0.440 | 6.67 | 0.50% | 6.704 | $2.95 | |
| Carne Asada Spice Mix | Newly Wed | 5-Apr-16 | $3.350 | 8.33 | 0.50% | 8.372 | $28.05 | |
| Total Spice Cost | | | $5.29 | 48.66 | | 48.905 | **$45.56** | |
| Labor (Spice mixing) 2 people, 4 hrs, 600 lbs. | | | | | | | $8.38 | 0.670 |
| Labor (Spice room cleanup) 1 hr/ 600 lbs. | | | | | | | $0.83 | 0.066 |
| **TOTAL STAGE 1 & 2** | | | | | | 146.905 | $207.67 | |
| **Stage 3—Screening** | | | | | | | | |
| Labor (Screening & Ready for Packaging SC-20191 | | | | | | | | hours |
| Labor (Smoke House Operator) | | | | | | | $26.00 | 2.08 |
| Labor (Clean room, equipment) | | | | | | | $4.13 | 0.33 |
| **TOTAL STAGE 1, 2, & 3** | | | | | | 146.905 | $2.09 | 0.167 |
| | | | | | | | $239.88 | |
| **Stage 4—Cooked Product** | | | | | | | | |
| Smokehouse Yield | | | 70.00% | 68.6000 | | 68.600 | | |
| TOTAL COOKED COST | | | | | | | $239.88 | |
| Loss factor packaging stage | | | | | 1.00% | 0.686 | | Cost/lb. |
| | | | | 67.9140 | | 0.686 | $2.40 | $3.57 |
| | | | | | | | $242.28 | |
| **Stage 5—Final Product** | | | | | | | | |
| Packaging Materials: | | | | 10 lbs. per bag | | | $35.67 | |
| Oxygen Scavengers | EverFresh | 16-Nov-13 | $0.0280 | 4.0000 | | | $0.00 | |
| Bag | Hale | 11-Mar-14 | $0.1700 | 1.0000 | | | $0.11 | |
| Labels | | | $0.0005 | 5.0000 | | | $0.17 | |
| Cutting/Packaging Labor per bag | | | $4.2600 | 1.0000 | | | $0.00 | |
| Net Total | | | | | | | $4.28 | |
| | | | | | | | $40.22 | |
| **Total Packaging Cost** | | | | | | | | |
| **TOTAL FINAL COST PER BAG** | | | | | | | $40.22 | |

| | | | | | |
|---|---|---|---|---|---|
| | Freight | $0.00 | | | $40.22 |
| **COST PER 10 LB Bag** | 14.5 oz bag | $3.72 | **$40.22** | Cost per bag | $232.08 | $4.78 |
| FINAL COST PER 10 pound bag | Labor to pack | $0.25 | | | |
| | Pouch | | **$40.22** | Total | $232.08 |
| | Label | | | | |
| | Overhead | $0.50 | | | |
| | Commission | | **$122.20** | Sell price | $293.28 | $5.86 |
| | SZ | $0.31 | | | |
| **Profit per 10 lb. bag** | Total Cost | $4.78 | **$81.98** | Net profit | $61.20 | $1.08 |
| | | | | | 18.47% |